FILED:  August 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-1320**
**(7:21-cv-00062-EKD)**

———————

JOHN DAVIS MASSEY, JR.,

       Plaintiff – Appellant,

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, Commonwealth of Virginia,

       Defendant – Appellee.

———————

O R D E R

———————

The court amends its opinion filed July 31, 2023, as follows:

On page 16, Section IV. is changed to Section III.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk